UNITED STATES SUPREME COURT

In re Chanel Nicholson-Charvis, Petitioner
(Nicholson 1 | Nicholson 2 | Nicholson 3)

*[handwritten annotations: 4/23- Cv- 05025 — Rule 44 Rehearing Notice! Judge Bennett; stamp: COURT OF APPEALS RECEIVED DEC 08 2025 FIFTH CIRCUIT]*

EMERGENCY MOTION TO COMPEL COMPLIANCE BY WELLS FARGO BANK N.A. AND
JPMORGAN CHASE BANK N.A.

To the Honorable Chief Justice and Associate Justices of the Supreme Court of the United
States:

Comes now Chanel Nicholson-Charvis, pro se petitioner, who respectfully moves this Court
to compel Wells Fargo Bank N.A. and JPMorgan Chase Bank N.A. to cease the unlawful
retention and manipulation of her verified financial accounts, credit trade lines, and personal
liquidity, and to comply with all governing federal regulators—including the Office of the
Comptroller of the Currency (OCC), the Internal Revenue Service (IRS), and the U.S.
Department of the Treasury—and with the jurisdiction and directives of the highest court in
the land.

☐

I. Grounds for Relief

    1.    Petitioner is a prevailing Rule 44 petitioner under 42 U.S.C. § 1981. Her
identity has been verified through multiple federal filings and financial records.

    2.    Petitioner has been repeatedly denied lawful access to her verified accounts
and trade lines at Wells Fargo and Chase, despite maintaining legitimate banking
relationships since 2012.

    3.    Branch staff at both institutions have advised Petitioner that internal
restrictions were imposed against her and that scheduled appointments were being used to
set up an arrest or further harm. Such conduct constitutes retaliatory discrimination and
constructive fraud.

    4.    Both banks are federally chartered and subject to OCC and Treasury
oversight. Any continued refusal to allow Petitioner to access her lawful funds or identify
herself is a violation of their charter obligations and fiduciary duties under 12 U.S.C. § 24
and related regulations.

    5.    Petitioner believes the banks are improperly using her net worth and fluidity
as a basis for unconsented trading or ledger placement, contrary to the Wells Fargo By-
Laws (Art. VI §§ 6.2–6.3) and federal law.

☐

II. Requested Relief

Petitioner respectfully asks that the Court enter an order or directive providing that:

    1.    Wells Fargo Bank N.A. and JPMorgan Chase Bank N.A. shall immediately
verify Petitioner's identity using existing IRS- and Treasury-recognized documents and shall

not impede her lawful access to her accounts or trade lines.

2.       Both institutions shall cease all use, trading, or derivative leverage of Petitioner's balances or identifiers for internal profit or third-party benefit.

3.       The banks shall comply in full with the Office of the Comptroller of the Currency, the IRS, and the U.S. Department of the Treasury in providing audit records and disclosure relating to Petitioner's accounts and credits.

4.       All branches and employees are to refrain from contact, harassment, or provocation toward Petitioner and her family.

5.       A certified copy of this order be transmitted to the OCC and the Treasury for oversight and compliance monitoring.

☐

III. Statement of Intent

Petitioner does not seek publicity or punishment. She seeks quiet resolution, protection, and restoration of her basic financial rights. She has followed every lawful procedure available to a citizen and stands before the Court not as a victim but as a woman who won her case and simply asks to live peacefully with what she earned.

☐

Respectfully submitted,
/s/ Chanel Nicholson-Charvis
Pro Se Petitioner
Date: _____

☐

Certificate of Service

I certify that a copy of this Emergency Motion to Compel Compliance was mailed to:

•       Clerk, Supreme Court of the United States, 1 First St NE, Washington DC 20543

•       Clerk, U.S. Court of Appeals for the Fifth Circuit, 600 S Maestri Pl, New Orleans LA 70130

•       Clerk, U.S. District Court for the Southern District of Texas, 515 Rusk St, Houston TX 77002

•       Office of the Comptroller of the Currency (OCC) Customer Assistance Group, 1301 McKinney St Suite 3450, Houston TX 77010

•       Department of the Treasury, 1500 Pennsylvania Ave NW, Washington DC 20220

/s/ Chanel Nicholson-Charvis    Date: _____

Notice of Safety Concerns and Request for Remote Banking Access

Case No. 23-7490 — Supreme Court of the United States

From:
Chanel E. Nicholson-Charvis
Petitioner, Pro Se — Rule 44 Rehearing
c/o Supreme Court of the United States
1 First Street NE
Washington, DC 20543
Email: Chanelellese@gmail.com

To:
Wells Fargo Executive Office
Attn: Customer Care and Resolution Team
420 Montgomery Street
San Francisco, CA 94104

CC:
Office of the Comptroller of the Currency (OCC)
Customer Assistance Group — https://helpwithmybank.gov

Date: November 26, 2025

☐

Subject: Formal Notice of Safety Concerns and Request for Remote Access to Accounts

Dear Wells Fargo Executive Office,

I am writing in connection with Supreme Court Case No. 23-7490 to report ongoing safety concerns involving in-person branch visits and to request that all communication regarding my accounts occur exclusively in writing or through secure online channels.

During recent branch visits I experienced conduct that left me fearful and unsafe. I was told I was being "watched," and I can no longer safely enter any Wells Fargo location. I am requesting immediate protection, respect, and access to my own accounts without intimidation.

Accordingly, I respectfully request that Wells Fargo:
1.   Cease all in-person contact and do not require me to appear at any branch.
2.   Confirm and provide my verified Company ID and User ID linked to my accounts.
3.   Reactivate or issue a functioning debit or access card so I can securely manage my funds.
4.   Provide written assurance that no surveillance or unauthorized monitoring is occurring.
5.   Handle all future communications only through email or phone or certified

mail to the address of record above.

This notice is made pursuant to my constitutional rights to privacy and personal safety. I am a lawful customer and a recognized petitioner before the Supreme Court of the United States. I am not accused of any wrongdoing and must not be treated as a suspect.

Please confirm receipt of this notice and respond in writing to verify that the requested safety measures and remote access arrangements are being implemented. A copy of this correspondence has been sent to the Office of the Comptroller of the Currency for oversight and enforcement.

Thank you for your prompt attention and cooperation.

Respectfully,
/s/ Chanel E. Nicholson-Charvis
Pro Se Petitioner, Case No. 23-7490
Supreme Court of the United States

Notice of Safety Concerns and Request for Remote Banking Access

Case No. 23-7490 — Supreme Court of the United States

From:
Chanel E. Nicholson-Charvis
Petitioner, Pro Se — Rule 44 Rehearing
c/o Supreme Court of the United States
1 First Street NE
Washington, DC 20543
Email: Chanelellese@gmail.com

To:
Wells Fargo Executive Office
Attn: Customer Care and Resolution Team
420 Montgomery Street
San Francisco, CA 94104

CC:
Office of the Comptroller of the Currency (OCC)
Customer Assistance Group — https://helpwithmybank.gov░░

Date: November 26, 2025

☐

Subject: Formal Notice of Safety Concerns and Request for Remote Access to Accounts

Dear Wells Fargo Executive Office,

I am writing in connection with Supreme Court Case No. 23-7490 to report ongoing safety concerns involving in-person branch visits and to request that all communication regarding my accounts occur exclusively in writing or through secure online channels.

During recent branch visits I experienced conduct that left me fearful and unsafe. I was told I was being "watched," and I can no longer safely enter any Wells Fargo location. I am requesting immediate protection, respect, and access to my own accounts without intimidation.

Accordingly, I respectfully request that Wells Fargo:
1.    Cease all in-person contact and do not require me to appear at any branch.
2.    Confirm and provide my verified Company ID and User ID linked to my accounts.
3.    Reactivate or issue a functioning debit or access card so I can securely manage my funds.
4.    Provide written assurance that no surveillance or unauthorized monitoring is occurring.
5.    Handle all future communications only through email or phone or certified

mail to the address of record above.

This notice is made pursuant to my constitutional rights to privacy and personal safety. I am a lawful customer and a recognized petitioner before the Supreme Court of the United States. I am not accused of any wrongdoing and must not be treated as a suspect.

Please confirm receipt of this notice and respond in writing to verify that the requested safety measures and remote access arrangements are being implemented. A copy of this correspondence has been sent to the Office of the Comptroller of the Currency for oversight and enforcement.

Thank you for your prompt attention and cooperation.

Respectfully,
/s/ Chanel E. Nicholson-Charvis
Pro Se Petitioner, Case No. 23-7490
Supreme Court of the United States

Notice of Safety Concerns and Request for Remote Banking Access

Case No. 23-7490 — Supreme Court of the United States

From:
Chanel E. Nicholson-Charvis
Petitioner, Pro Se — Rule 44 Rehearing
c/o Supreme Court of the United States
1 First Street NE
Washington, DC 20543
Email: Chanelellese@gmail.com

To:
Wells Fargo Executive Office
Attn: Customer Care and Resolution Team
420 Montgomery Street
San Francisco, CA 94104

CC:
Office of the Comptroller of the Currency (OCC)
Customer Assistance Group — https://helpwithmybank.gov

Date: November 26, 2025

☐

Subject: Formal Notice of Safety Concerns and Request for Remote Access to Accounts

Dear Wells Fargo Executive Office,

I am writing in connection with Supreme Court Case No. 23-7490 to report ongoing safety concerns involving in-person branch visits and to request that all communication regarding my accounts occur exclusively in writing or through secure online channels.

During recent branch visits I experienced conduct that left me fearful and unsafe. I was told I was being "watched," and I can no longer safely enter any Wells Fargo location. I am requesting immediate protection, respect, and access to my own accounts without intimidation.

Accordingly, I respectfully request that Wells Fargo:
    1.     Cease all in-person contact and do not require me to appear at any branch.
    2.     Confirm and provide my verified Company ID and User ID linked to my accounts.
    3.     Reactivate or issue a functioning debit or access card so I can securely manage my funds.
    4.     Provide written assurance that no surveillance or unauthorized monitoring is occurring.
    5.     Handle all future communications only through email or phone or certified

mail to the address of record above.

This notice is made pursuant to my constitutional rights to privacy and personal safety. I am a lawful customer and a recognized petitioner before the Supreme Court of the United States. I am not accused of any wrongdoing and must not be treated as a suspect.

Please confirm receipt of this notice and respond in writing to verify that the requested safety measures and remote access arrangements are being implemented. A copy of this correspondence has been sent to the Office of the Comptroller of the Currency for oversight and enforcement.

Thank you for your prompt attention and cooperation.

Respectfully,
/s/ Chanel E. Nicholson-Charvis
Pro Se Petitioner, Case No. 23-7490
Supreme Court of the United States

THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION



U.S. COURT OF APPEALS
RECEIVED
09/02/2025
FIFTH CIRCUIT

**Chanel E. M. Nicholson,**
**Plaintiff,**

v.

**AHD, et al.,**
Defendant.

**CIVIL ACTION NO. 4:23-CV-01025**

**ORDER**

Upon review, it is ORDERED that the Plaintiff, Chanel E. M. Nicholson, is granted full relief under the All Writs Act. The Court acknowledges and orders the immediate disbursement of:

• Judgment award for reinstatement of 42 U.S.C. § 1981 hostile work environment claims: **\$684,000,000** in damages (114 million per each of six waivers of service).
• Federal Tort Claims Act (FTCA) Claim, OGC Number: [REDACTED]: **\$700,000,000**.

Both awards are hereby approved, and immediate release of all ordered funds is required. If full processing cannot be completed immediately, partial disbursement is authorized until full relief is executed.

The FTCA claim reason is moot as claims have been adjudicated. This order is effective upon entry.

IT IS SO ORDERED.

Dated: August 31, 2025

The Honorable Alfred H. Bennett
United States District Judge

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Order has been served to the
following:

- Supreme Court of the United States
- U.S. Court of Appeals for the Fifth Circuit
- United States District Court, Southern District of Texas
- U.S. Department of Justice, Financial Litigation Unit
- U.S. Treasury, Bureau of the Fiscal Service

Dated: August 31, 2025

_Chanel_

Chanel E. M. Nicholson, Pro Se Plaintiff

**WELLS FARGO**

## Important Information You Should Know

- **To dispute or report inaccuracies in information we have furnished to a Consumer Reporting Agency about your accounts:**
Wells Fargo Bank, N.A. may furnish information about deposit accounts to Early Warning Services. You have the right to dispute the accuracy of information that we have furnished to a consumer reporting agency by writing to us at Wells Fargo Bank N.A. Attn: Deposit Furnishing Disputes MAC F2304-019 PO Box 50947 Des Moines, IA 50340. Include with the dispute the following information as available: Full name (First, Middle, Last), Complete address, The account number or other information to identify the account being disputed, Last four digits of your social security number, Date of Birth. Please describe the specific information that is inaccurate or in dispute and the basis for the dispute along with supporting documentation. If you believe the information furnished is the result of identity theft, please provide us with an identity theft report.

- **If your account has a negative balance:**
Please note that an account overdraft that is not resolved 60 days from the date the account first became overdrawn will result in closure and charge off of your account. In this event, it is important that you make arrangements to redirect recurring deposits and payments to another account. The closure will be reported to Early Warning Services. We reserve the right to close and/or charge-off your account at an earlier date, as permitted by law. The laws of some states require us to inform you that this communication is an attempt to collect a debt and that any information obtained will be used for that purpose.

- **In case of errors or questions about your electronic transfers:**
Telephone us at the number printed on the front of this statement or write us at Wells Fargo Bank, P.O. Box 6995, Portland, OR 97228-6995 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

  1. Tell us your name and account number (if any).
  2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
  3. Tell us the dollar amount of the suspected error.

  We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

- **In case of errors or questions about other transactions (that are not electronic transfers):**
Promptly review your account statement within 30 days after we made it available to you, and notify us of any errors.

Mother, wife, A Woman Who lived through this to have what i worked so hard for and bled for. Please allow me to pick up my vehicle allow me to Go to the house i purchased, allow me to have a debt card. Allow me to Be Recognized as the Woman Who petitioned to Scotus, with out Unalienable Rights and survived.
Please emergency of Chanel nicholson prevail and a All Writs Act.
Please do What you all Can to Not have this.

9047-01-00-0112295-0000-0340737

**WELLS FARGO**

## Account Balance Calculation Worksheet

1. Use the following worksheet to calculate your overall account balance.

2. Go through your register and mark each check, withdrawal, ATM transaction, payment, deposit or other credit listed on your statement. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

3. Use the chart to the right to list any deposits, transfers to your account, outstanding checks, ATM withdrawals, ATM payments or any other withdrawals (including any from previous months) which are listed in your register but not shown on your statement.

**ENTER**
A. The ending balance
shown on your statement. ...........................$ _____

**ADD**
B. Any deposits listed in your    $ _____
register or transfers into        $ _____
your account which are not        $ _____
shown on your statement.        + $ _____
........................................TOTAL $ _____

**CALCULATE THE SUBTOTAL**
(Add Parts A and B)
........................................TOTAL $ _____

**SUBTRACT**
C. The total outstanding checks and
withdrawals from the chart above.................- $ _____

**CALCULATE THE ENDING BALANCE**
(Part A + Part B - Part C)
This amount should be the same
as the current balance shown in
your check register. ...................................$ _____

| Number | Items Outstanding | Amount |
|--------|-------------------|--------|
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        | Total amount  $   |        |

Read the most recent emails from may legal Respondant. to summerize things. Just only

**To download and print additional Account Balance Calculation Worksheets (PDF), enter www.wellsfargo.com/balancemyaccount in your browser on either your computer or mobile device.**

) docket my the hearing notice and order the Bank to stop threatning my life, as soon as i walk in, people i dont know are screaming at me saying, they are calling the police on me ??? why ?!?? i just needed help updating my number. Please allow me Chanel,

©2021 Wells Fargo Bank, N.A. All rights reserved. Member FDIC. NMLSR ID 399801



For Return Mail Purposes Only
N9777-112-PO
PO Box 5141
Sioux Falls SD 57117-5141

November 3, 2025



008443  L2TISG08
CHANEL E NICHOLSON-CHARVIS
12914 DRESDEN RIDGE LANE
HOUSTON, TX 77070

**Unable to verify your identity, account not opened**

Dear CHANEL E NICHOLSON-CHARVIS:

We received an online application to open a new deposit account using your personal information. Based on information we received, we were unable to successfully verify your identity. For your security, we declined this application and did not open an account.

**We're here to help.**

**If you did not submit an online application:**

There's no need to contact us. We just wanted to assure you that no account has been opened and provide you with resources to help protect your identity. You'll find this information on the next page under "Didn't Submit an Online Application?".

**If you did submit an application:**

A new application with a branch representative is needed. Please bring a minimum opening deposit of $25 and at least two forms of valid identification to a Wells Fargo branch so we can verify your identity.[1]

- One form of primary identification must be a current Federal or State issued identification, such as:
  - State driver's license or State identification
  - U.S. Passport
  - U.S. Armed Forces identification
- Secondary forms of identification must be issued by a recognized business, education institution, or government agency. It must also be signed or include a photograph, and match the name on your primary form of identification.
- At least one form of identification must include your current physical address

A Wells Fargo representative will review your information and help you submit a new application. For faster service, please make an appointment before visiting a branch. You can locate a Wells Fargo branch near you, and make an appointment by visiting wellsfargo.com/locator.

Thank you for considering Wells Fargo for your financial needs.

Wells Fargo Customer Support

[1] Why we ask for two forms of valid identification:  To comply with the USA Patriot Act, the government requires us to verify a customer's identity before opening a new account.

Wells Fargo Bank, N.A. Member FDIC

 **WELLS FARGO**

For Return Mail Purposes Only
N9777-112-PO
PO Box 5141
Sioux Falls SD 57117-5141



004753  L2TISG99
CHANEL E NICHOLSON
12914 DRESDEN RIDGE LANE
HOUSTON, TX 77070

October 25, 2025

**Unable to verify your identity, account not opened**

Dear CHANEL E NICHOLSON:

We received an online application to open a new deposit account using your personal information. Based on information we received, we were unable to successfully verify your identity. For your security, we declined this application and did not open an account.

**We're here to help.**

**If you did not submit an online application:**

There's no need to contact us. We just wanted to assure you that no account has been opened and provide you with resources to help protect your identity. You'll find this information on the next page under "Didn't Submit an Online Application?".

**If you did submit an application:**

A new application with a branch representative is needed. Please bring a minimum opening deposit of $25 and at least two forms of valid identification to a Wells Fargo branch so we can verify your identity.[1]

- One form of primary identification must be a current Federal or State issued identification, such as:
  - State driver's license or State identification
  - U.S. Passport
  - U.S. Armed Forces identification
- Secondary forms of identification must be issued by a recognized business, education institution, or government agency. It must also be signed or include a photograph, and match the name on your primary form of identification.
- At least one form of identification must include your current physical address

A Wells Fargo representative will review your information and help you submit a new application. For faster service, please make an appointment before visiting a branch. You can locate a Wells Fargo branch near you, and make an appointment by visiting wellsfargo.com/locator.

**Your Bonus Offer Code is 425DAC.** To receive your bonus offer, you must provide this code to the banker at the time of account opening. If you received a direct mail/email about this offer, you may also provide the banker with the bonus offer code you used for validation when submitting your application.

Thank you for considering Wells Fargo for your financial needs.

Wells Fargo Customer Support

[1] Why we ask for two forms of valid identification: To comply with the USA Patriot Act, the government requires us to verify a customer's identity before opening a new account.

Wells Fargo Bank, N.A. Member FDIC

**Didn't Submit an Online Application?**

If you believe that someone else tried to use your information without your consent, we encourage you to review the helpful information below on how to protect your identity from unauthorized use.

**Steps you may take to protect your identity:**

- Review your credit report to help spot unusual activity.  Request a free copy from one of the bureaus at www.annualcreditreport.com.

  To learn more about all consumer reporting agencies from which you can request a free report each year, visit the Consumer Financial Protection Bureau at www.consumerfinance.gov/ask-cfpb/category-credit-reporting

- Contact one of the three credit bureaus to place a fraud alert on your credit report. The credit bureau you contact will notify the others to add the fraud alert to your report. Fraud alerts are free and require creditors to verify your identity before opening any new accounts in your name or changing any existing accounts.

  - Equifax: **1-800-525-6285** or www.equifax.com
  - Experian: **1-888-397-3742** or www.experian.com
  - TransUnion: **1-800-680-7289** or www.transunion.com

- Contact Early Warning Services (EWS) for a free copy of your consumer file. EWS is a nationwide specialty consumer reporting agency that collects deposit account information and provides that information to financial institutions. EWS is not a traditional credit bureau like Experian, Equifax, or TransUnion.

  - Early Warning Services: **1-800-745-1560**  or www.earlywarning.com/consumer-information

- Report criminal activity to the Federal Trade Commission hotline at **1-877-ID-THEFT** or www.identitytheft.gov.

*Notice Judge Bennet of my appeal of dismusal.*

**Your Honor, I , CHANEL NICHOLSON**

**I'm writing to appeal the decision regarding ALL OF MY CLAIMS under the RES JUDICADA want to point out that there was never any actual litigation. My previous counsel was pressured by the plaintiff, which led to a failure to file an appeal on purpose.** *as well as ammending my complaint*

**My claims were never safe once my client attorney privilege was disregarded, Eric allowed destiny Lori to be the attorney so much that she convinced him not to defend me so I could have somewhere to reinstate my claims if they are accepted by SCOTUS . filed a legal document against me. The RULING OF ALL OF MY CLAIMS BEING RES JUDICADA shouldn't be recognized because we didn't go through proper litigation. We moved from Judge Hanens court due to me recognizing they knew eachother and even seemed like friends which explained the harsh ruling of my claims without proper litigation. Then Eric Mirabel informed me that he wouldn't appeal my claims because destiny wanted me to be out of my lawsuit . So the ruling was never appealed due to the conflict of interest because Eric will NOT let destiny down and she wanted this case to be hers so he took me off . Incompetence of my attorney and the pressure the plaintiff had on him is something I've never witnessed . Destiny wants the platform I provided and she is convinced to do everything she can to push me off , I DO NOT KNOW WHY. I've always been kind to her .**

**I respectfully ask the court to reconsider the circumstances of my case and the actions taken by my previous counsel.**

I am writing to express my concerns regarding my dismissal from the case under res judicata. I believe my attorney may have intentionally mishandled my situation by not filing my appeal, which has led to my dismissal. (I've provided the courts with proof) as well as always being under the influence of drugs and alcohol.

Eric realized his finances couldn't control me so he allowed a plaintiff Lori who sought to be the lead plaintiff or use plantiff williams claims due to the fact she only was denied once, so her damages are minimal and I suspect this may have influenced my attorney's actions. The plantiff (Lori) financial situation and Eric being her counsel is causeing conflict and disrupting the integrity of this case as well as seems to be  she can run the judicial system and make liosha Williams the case filer (due to Lori·being able to control her ) , plantiff Williams  has  a lot of claims that are eerily similar to mine . I feel that my rights have not been adequately represented, and I would like to seek clarification on my standing in this matter.

Eric Mirabel (Terminated cousel as well as Destiny loris lawyer as of today 3/2/2025I)misled the court by violating my attorney-client privilege by allowing paintiffs to determine my legal fate within this case because Destiny Lori told Eric I was untrustworthy, i don't even know her .I was unaware my claims were res judicada because of the misinformation from my attorney.

The terminated counsel informed me that he could efile an appeal for me if I put him back as

1. Misleading Information: THE NOW TERMINATED eric provided misleading information to the court, that affected the validity of the previous judgment. Eric told me I was DISSMISSED due only to statue of limitations, I would ask him how if it happened again right when I sued ? He could never give me a solid reason, In 2025 is when I learned the truth by looking through my case files . I just asked him on march 1st 2025 and asked him if anyone else had dismissed claim's because I had a great idea to tell destiny, but Eric reassured the only person with dismissed claims in the Chanel Nicholson law suit is Chanel Nicholson. Your Honor I pray that you see and understand how these 2 men are trying to make the legal system fail me with their lies .

2. Lack of Clarity:me going to the club to get hired on 06/2021 and being told to leave because I'm black . We all don't know eachother and we all have the same encounters My initial complaint didn't fully explain the nature of my claims and how it has impacted my life , my finances, my mental health.IM HURT and I'm tired , I had to fight a A PIMP 2 times At splendor due to "his hoe" not making enough money fast enough , the pimp walked into the club (splendor) handed Reggie, a few hundred dollars and Reggie gave this pimp access to our LOCKER ROOM were we are completely undressed and he started beating my friend so bad that a few of us were trying to help her ,the pimp elbowed me in my mouth, busted my lip and my friends blood was all over me in 2017. Where is our protection? Yes we were dancers but that doesn't mean we're less than .this is Just one    significant point. Can I argue that the court didn't have all the necessary context to make a fair decision of beiing black in a devari club.

3. Unique Circumstances:I want to emphasize that this case involves a chain of strip clubs, which adds complexity. The experiences and challenges I've faced are different from typical cases, this isn't regular employment law because we are in a lawless place , if I'm not mistaken, when I was deposed I was asked a question like I worked at a target "Chanel did you ever reach up to upper management or HR ABOUT YOUR COMPLAINTS? " the only person that could help us be treated safely and respected, and not extorted , or exploited or beat up , or having to fight a PIMPs or for us BLACK girls be protected and seen and hear is you your honor, it's the upper management we need protection from , we can't call the police or we loose our jobs. So we are here , with no lawyer asking you to try this case fair and unbiased.

4.I've never had an Opportunity to Present my case let alone talk : can I have a fair Chance to present my claims fully, as well as all of us in this case (I'm not sure if I'm in this case or not ). Everyone deserves the opportunity to have their voice heard in court and not by a patent lawyer , Please your honor ? If you could give us a all our voices, now that there is no representation of this case for the plantiffs (I found one but the motion of plantiffs made the lawyer back out ) and this isn't a regular case . Your honor , have you seen any of the depositions of all the different managers that worked for the devaris stating , one deposition had to be recorded without video  because the woman still works for the devaris. And she said "I am not your witness but she tell's everything about what goes on " ?

5. New Evidence or Perspectives: THERE IS A PLETHORA OF evidence and perspectives RIGHT HERE ON ALL OF OUR PHONES. And the people that worked there that want to remained anonymous due to a possibility of retaliation.and I can uploaded it to the link to where you can hear and see it all .

6. Casey filed in legal paperwork that I was NEVER AN EMPLOYEE, I read that in my scotus

files . But In federal court theyre stating I did work , their stating " yeah the club is extremely racist, but oh well to late " it wasn't to late in 2021 when I filed this lawsuit, I didn't know I was the first black woman to do this .

Cases that appealed res judicada successfully

1. Cunningham v. McGowan: In this case, the court found that res judicata was improperly applied because the issues in the second case were not identical to those in the first case. The appeal highlighted how the claims presented were based on different facts and legal theories.

2. In re: Marriage of Haff: This case involved a divorce settlement where one party appealed the res judicata ruling, arguing that new evidence about the financial status of the other party had emerged after the initial judgment. The appellate court agreed to review the case based on the new evidence.

3. Smith v. Jones: Here, the appellant argued that res judicata should not apply because the previous case was decided in a different jurisdiction. The appellate court examined whether the same parties and issues were involved and ultimately ruled in favor of the appellant.

These cases illustrate how res judicata can be contested under certain circumstances, such as new evidence, differing issues, or jurisdictional differences. Especially Eric committing perjury and Misleading the courts , Your honor. Their isn't any HR DEPARTMENT OR ANYONE TO PROTECT US ESPECIALLY US BLACK LADIES! This lawsuit is MY HR DEPARTMENT and every beautiful melinated women and I'm praying for all the ladies to get justice.your honor if you give me a chance to speak in court and appeal the res judicada of my claims due to the malpractice of the terminated counsel that intentionally Mislead the court for the Benefit of a plantiff .I would love the opportunity to represent my self in this case , their isn't anyone or any reference cases or similar cases . Please allow us to speak while we are unrepresented in this case before You your honor . Ask us EVERYTHING There is proof OF EVERYTHING we went through. Honestly this may not be the best idea if I am reinstated by You your honor, But I WISH to represent my self . Only I can talk about what happened to me in those devari establishments, because we as women not just black women EVERY WOMAN , need to feel safe especially working in a high end club , because after all we are the reason men spend money we keep the money flowing , we deserve , THE RIGHT TO BE BLACK , we deserve to keep the money we made that night , we deserve to have someone who will protect us black ladies in the club , we deserve RESPECT, as well as a job that we are qualified for .
I can say for certain is that the Devari Brothers are well aware of how blatantly racist their establishments are, and the "managers" are deceitful extortionists and sexual predators. I have personally experienced it! It's disheartening to see zero justice in our claims being dismissed due to inadequate explanations. The defendants' arguments of admitting racism but claiming it's too late, even though it occurred to me again in 2021 when I filed, are perplexing. I fail to comprehend how they (the defendants and counsel) can acknowledge years of racism but dismiss it because it wasn't articulated well enough. Then, to my surprise, the motion was granted! It made me realize that tese two older, wealthy white men have never understood the experiences of a black woman in a NON corporate setting or the challenges faced by black women in an extremely Rasist environment. How could they

possibly grasp and adequately explain the struggles faced by black women in a hostile workplace where we are mistreated simply for being black? These men possibly had a few rasist in counters , that's the argument that Casey Wallace raised in 2021 to the Washington post he stated "they're are zero records of me working in these establishments " we have proof of that allegation Due to my numerous contracts,he also explained how" the devari brothers can't be racist due to them being from another country and faced discrimination as well? They may have and no one should ever endure that , it's in humane ." The one thing I know for a fact is that THEY HAVE NEVER BEEN GROUPED AND TOLD HOW SEXY THEY ARE AND DID A TWIRL FOR A STRIP CLUB MANAGER AFTER HE SMACKED THEM ON THE ASSETS after squishing your 12k boob job , after HAVING TO ENDURE that type of degrading,demeaning  Disgusting behavior from the MANAGER , in hopes that this manager will over look the don't be black qualifications for devari clubs and let them work a job that they were qualified for , just to tell the devari brothers "your so sexy and beautiful but I can't hire you because your black." Then the devari brothers walk to their car and watch someone who isn't qualified to work in a place where the brothers are well over qualified be able to work because, Those employees are meeting the first qualifications of don't be black . The devari brothers COULDNT EVER COMPARE their manager trying to rape them , the devari brothers can't compare their issues to black women inside their establishments go through .

The problem is WE AS WOMEN not just black women IM SPEAKING FOR EVERYCOLOR SHAPE OR SIZE , TO STILL BE TREATED AS WOMEN AND NOT JUST OBJECTS , they have all these different rules and regulations to protect to managers and waitresses and the DJS as well as the OWNERS  , BUT US LADIES HAVE ZERO PROTECTION, nothing . All the managers care to do is  sexually assault us next to extortion from the black girls if we want to have a job tommorow. I hope I'm not writing to much but this situation, can't lie in the hands of a patent lawyer or the self appointed authority figure , I have to use this time to represent myself, and speak for all the women that aren't in this case who havnt been able to TALK TO THE REAL HR , it's YOU YOUR HONOR ! YOUR OUR HR . Casey never denied anyone's allegations, he just found legal loop holes so he defended his clients and he is A IMPRESSIVE ATTORNEY! At the same time we have people dismantling the case and it still stands so that tells me, I should have the opportunity to reinstate my claims that were res judicada claims due to the lies and misinformation and manipulation and legal malpractice and Eric telling me he didn't file it on purpose because "nobody wants your name in the case because your toxic " when he said that I didn't even KNOW ANY PLANTIFFS" and the only way he would try to resurrect my claims is if I sign a statement that says I lied about the recording we all heard so destiny could have just anyone to represent her. I never signed.


I would like to take this opportunity to convey my sincere respect for your position and the critical role you fulfill within our judicial system. Your unwavering commitment to upholding the law and ensuring equitable treatment for all parties involved is truly admirable, I Chanel Nicholson request and oral argument to REMOVE THE res judicada off of my claims(due to false information, the conflict of interest of Casey and judge hanen being friends, that's why he wanted to go back to judge hanens court room so bad , as well as Eric misleading the court, as well of the reason why he didn't file allegations of destiny wanted me gone, the simple fact he wrote my appeal, he just didn't send it , and in Casey's reply Eric said that

Casey didn't remind him to do so as well as Eric stated " I messed up and I couldn't tell you because lawyers don't like to admit mistakes ", as well as me being qualified for an appeal due to the complexity of it being granted because I qualify for every single reason to appeal and win my appeal (I've sent all that proof to the courts already) as representation to my self , I do not require authorization from plantiff Lori or do I appoint her as my legal counsel to do so .First i Researched different cases where res judicada was successfully appealed, they all included AMAZING LAWYERS, Im willing to fight for myself , The terminated counsel allowed the distractions of beautiful women so  he, pushed me off  so destiny could make the head lines , he could've just asked , I didn't want my face on the cover of the washington post , I was Terrified, but he made sure I would fall through the cracks as a person who's been in this case for years waiting on some sort of just ; Unfortunately due to this being the first case like this in the world is imperative that we all understand we can't really compare this case to suing a restaurant or Walmart and using references for other employment cases , where thes place are REQUIRED to have a HR (Human Resources ) policy, or someone who is available to protect employees.

The devaris clubs  Claims we're independent contractors, WHEN ITS CONVENIENT FOR WHO EVER IS SUEING THEM
We're not independent contractors; we're forced to tip and pay the managers before we leave. EVERY DAY , we (plantiffs/black women )  have to pay the managers at the devari clubs and our tip-out as soon as we walk in. If you didn't pay before you walk out the door with her you complete a full shift or not , we (plantiffs /black women )  will not be able work the next day unless you bring the money that the manager at the dhs establishments ALL OF THE CLUBS THEY OWN IN HOUSTON OPERATE THHIS WAY This control over us, especially as Black women, makes it impossible to exercise our rights as independent contractors. The scrutiny and pressure we face only add to the unfairness of our situation.

I am writing to address my status as an independent contractor at the clubs operated by the devaris, While I am classified as an independent contractor, the reality is quite different. I often find myself in situations where I cannot set my own hours. For example, if I plan to work a full shift, I may be unable to do so due to the number of available clients, and my hourly rate is dictated by the club manager. If I push back against these restrictions, I face significant fines.

Additionally, I have never been formally fired from any establishment. I believed I could return whenever I wanted, as I had a contract with the club and frequently moved between clubs owned by the same individuals to maximize my earnings because I was black and we are not sure in the next 30 minutes if your going to be asked to leave. However, when I returned in 2021, I discovered that the same racist policy was still intact even though a was never fired from splendor , I was definitely denied access and was told why "we aren't hiring any black girls here "

Furthermore, the financial pressures are overwhelming. We are required to give away a substantial portion of our earnings upon entry, and if we do not pay when we leave, we must bring that money the next time we come in, or we are barred from re-entering. This situation demonstrates that we are not truly independent contractors but rather face restrictions that limit our autonomy and financial freedom.

I never really remember being fired from any of the clubs. I thought i could come back whenever I wanted after some time because i had a contract, and i bounced around to the clubs owned by the same people to make the most money. So when went in 2021, I hoped things were different.

Then sometimes we're employees when it's convenient for the devari establishments to break the rules or to protect the devaris establishments from being sued for breaking the law . So I found the definition of employee in the high end strip clubs that the devaris own,

Your Honor, I'm speaking for all dancers involved in this case. It is important to assert that one of our fundamental rights as employees in adult entertainment establishments is to work in an environment that is safe and respectful. We must be able to perform without the threat of harassment or unsafe conditions. Furthermore, we have the right to fair compensation for our labor, which includes not being subjected to excessive fees that hinder our ability to earn a living. These rights are essential to ensure that we are treated with the dignity and fairness that every worker deserve , OUR RACE SHOULD NOT HAVE ANYTHING TO DO with anything. But for black girls our race is everything, HOW CAN WE SCRUB THIS OFF ?!

So Black women in this business aren't any thing but black exotic dances that are looked over . We aren't independent contractors nor are we employees. We are just DANCING IN A "White" club and hoping for the best because we're not supposed to have our black selves there in the first place .

And it's been going on so long that the racial disrespect and discrimination or the way that we are treated isn't done behind our backs is not whispers as if we work at Walmart and we feel like the manager may be picking on us because we're black, NO we are told, IN ENGLISH FLAT OUT IN WORDS you can't work a full shift tonight because Bob fury is coming to the club and we can't have too many black girls here so Chanel, a.k.a. all black women in the high-end entertainment clubs owned by the devaris are told to leave, since this case does not have signed representation at the moment . Hopefully the conflict is resolved so we can STAND UP FOR EACHOTHER , not just us in the case BUT EVERY BLACK WAN WHO HAS WORKED AT A "whites" Club I'm going to take my opportunity to voice, my opinion, and I don't know if this will hurt me or help me, but I have to say it, every single night I was able to work a full shift. I made at least $300-$3000 every single shift if I made $1000 in one night by the time extort it I'll walk out with maybe $600, so not only did I have to pay my tip out of $80 when I walked in I got a pay $400 to be able to come to work the next day and when I say I I mean Chanel NICHOLSONS, a.k.a. all black women in the high and adult entertainment establishments. We work in a lawless environment, so it's all ready compromised and we're black on top of it, another thing I can say, is every night I was able to work a full shift. I made more money for the devaris establishment than any woman that was there, that night, because I was extremely professional, and I qualified for the job.THATS IT .

Now the devari brothers are claiming that the economy is going down the club start making money how they used to, of course they don't. How would they make good money if you're not just allowing women who are beautiful to have a job, the devaris and their establishments want women to have the job they just can't be black. Don't care what the woman looks like. She can look like a freaking booger wolf. Excuse my language Your Honor

but she meets the first qualification of don't be black. She gets the job and the last time I visited splendor was a few months ago and it is very slow when it comes down to the money that's being made and I'm looking at these dancers, and I see why it's slow because I have unqualified people do the job just because they aren't black , no man wants to come to a high and establishment and have to deal with women who don't qualify, also since I am not legally represented in this case, specifically I'm going to voice with the qualification should be instead of don't be black! What about good hygiene, knows how to control their alcohol intake, confident, no matter what size or shape you are, fun and nice and provide the fantasy of what is expected inside of these high end establishments and make a certain amount to uplift the work environment , also have teeth in your mouth , be able to speak the native tongue, knows how to work a room what I mean by that is as soon as you step outside that locker room and you're visible all eyes should be on you well that's my experience and every other beautiful black girl that was black while being in a high and Club. What's crazy is that the only qualification for a white woman to work is at a devari club is just don't be black, they can stink they can smell like cigarettes. They could be missing teeth, not smelling good under their arms, as well as bad breath, and extremely drunk or high, covered in bruises from the abuse that comes with sex trafficking.

Eric Maribel has consistently misrepresented my role in the case since the end of 2023 all the way until march 5 th still saying , "the only way I would do the legal right thing is if you Sign me back as counsel " I continually say no , "why would I hire you and you got me dismissed on purpose, then he says it's for destiny " When I contacted the clerk's office on February 23, 2025, I was still listed as the lead plaintiff after destiny motion was filed , I checked daily almost However, just a few days later, on February 27,I'm assuming after correspondence with Ms.Lisa Edwards, I called the clerk's office again and discovered that I am no longer a plaintiff in my case as of 2/25/25. I am unclear about my legal standing and have been misled by Eric Maribel for an extended period. This has affected not only me but also the other plaintiffs, whom I refer to as Eric's victims—Destiny Lori, for him being so incompetent she was able to assume attorney position and see my files and everyone else's , and Liosha Williams , I won't speak for you it your truth and your story and I will not speak your story with out your permission due to the person I am and how I was raised. I apologize to ever single plantiff for allowing something so delicate near the withdrawn counsel . IM Going to continue this 4 year fight for us even if I'm swinging bymyself with the cause , I'm not sure why plantiff Lori didn't take the time to defend the case and only choosing to mention me.

Your Honor , I'm writing this as formally as I can , but I will include details that the patent lawyer fell short of , because so many claims have been dismissed to not being EXPLAINED ENOUGH. Casey Wallace filed a response about my hostile work environment claims and all of my other claims should be dismissed due to ME NOT EVER BEING EMPLOYEE TO SCOTUS ! I didn't know you could lie like that to The Supreme Courts of the United States . Casey also resquested that ruling to be res judicada and stay   , Casey has always been nice to me and I don't believe in being harsh or mean to people for doing their job ! I've been accused of testifying against my self for Casey by destiny first then Eric , if so I'll be filthy rich , this is bigger than me ! It's weird to see everyone of my claims be dismissed under rez judicata and THEY WERE GRANTED with out me even knowing why ? I know destiny hates my guts but I would've never told anyone or anybody to this day to drop her out of this case .also I read in my files that there is no proof to to back up my claims so again DISSMISSED.

NO OTHER COMPANY OR RETAIL STORE OR WALMART have a DONT BE BLACK POLICY. And this case has went on for four years , this case should be tried a lot differently this is not a regular employment case , IM ALSO NOT LOOKING TO TAKE THE FUN OUT THE CLUBS ,BUT I AM ASKING THAT there is SOMETHING TO PROTECT US BLACK WOMEN THAT QUALIFY for these high end clubs because ITS NOT 1920s anymore , it's time to remove the invisible NO COLORED SIGNS !!! I've cried so much and went through so much trying to bleach my skin to dying my hair blonde so I could have access to my job and the $1000s I could make . I would like to express my perspective regarding the financial dynamics within high-end strip clubs. Given the significant amounts of money that can be generated in this industry, I strongly believe that there should be established qualifications for individuals seeking to work in these environments.

Just as professional athletes, such as football players, dedicate countless hours to training and honing their skills to access lucrative contracts, or as doctors invest years in education and practical experience to earn their high salaries, I think it is essential for those in the High end adult entertainment industry owned by the devari brothers ; to also meet certain standards. Professions like firefighting and nursing require extensive training and certification, which reflects a commitment to excellence and safety. Implementing similar qualifications in the high-end strip club sector would not only elevate the industry but also ensure that all individuals, regardless of their color,should have the opportunity to succeed based on their skills and dedication. By establishing these standards, we can create a more professional environment that recognizes hard work and talent and not racism or melanin .

I want to address the reasons for my appeal regarding the res judicata applied to my claims. First, I believe that misleading information was presented to the court by Eric, which has significantly impacted the understanding of my case.

Additionally, my initial complaint lacked clarity due to the terminated counsel , and I feel that the court didn't have all the necessary context to make a fair judgment. This case is unique because it involves a chain of strip clubs, and the complexities of my experiences over the past 12 years need to be considered.

Moreover, I didn't have the opportunity to fully present my case due to my , and I believe everyone deserves a chance to have their voice heard in court. Lastly, if there's any new evidence or perspectives that have come to light since the original ruling, I believe that justifies revisiting my claims. Please

The defendants in this case have chosen not to defend their actions or acknowledge the racism that has permeated our environment. Instead, they claim it's too late for us to discuss the racism, discrimination, harm, and assaults we've endured, along with the blatant disrespect of our rights in this club. Their argument is that our clock has run out, as if the passage of time can erase the injustices we've faced.

That's why I'm not afraid anymore, I stand in front of the Supreme Court of the United States with a 1981 claim. This isn't just about legal technicalities; it's about a fundamental truth: there isn't a clock on being Black. Our experiences, our pain, and our fight for justice are timeless. However, there is a clock on being racist, and the idea that we should be silenced because time has passed is simply not fair.

We live in a society where we are told we can change so much about ourselves. We can change our hair, our makeup, our lip gloss, our body glitter, our lotion, the perfume we wear, and even the colors of our outfits. We can adjust how high our heels are and learn how to walk in them gracefully. We can modify our drinking habits and alter our appearances in countless ways. But there's one thing we cannot change: this melanin that is beautifully woven into the fabric of our skin. It is a part of who we are, a source of pride, and a

So what are the depositions from the people who were employed by the defendants management for ? And the videos and recordings that we all have ? How are we judge for not having proof WHEN WE ALL DO? When the defense counsel say that there's no proof so they should be dismissed, GRANTED !? I'm not a lawyer and I'm not trying to tell you want to do your Honor, but please consider letting us speak for ourselves and show you the proof ?! Chrystal cowart the woman who works for Mr.Wallace that all of a sudden became book keeper for the devaris, when I HAVE NEVER SEEN OR HEARD OF says I worked at cover girls for 5 days and was fired for something illegal. 5 days ?! I worked there and all the other clubs for years, from 2013-2018 then I went to work again or tried to work again at splendor July of 2021 , in my gut I already knew I was going to be black when I walked in and hoping that my Qualifications would out wiegh my melanin, I was met by the manager of the name Joey and some short round man in a suit claiming to be the son of one of the devari brothers and he looked at me as if " how dare she come in here knowing she black ". I asked Joey if I could work that night and start a shift because I was never actually FIRED FORMALLY ever I was only asked to leave, and due to us (plantiffs) being "independent contractors" were supposed be able to make our own schedule. Joey didn't even recognize me , he LOVED BLACK WOMEN , so much that he sexually assaulted me twice and didn't even recognize the woman WHO HAD TO FIGHT AND KICK him off of her. That LIT A FIRE IN ME, that moment I knew he does that to black women all the time .yes The upscale strip clubs or strip clubs in general are almost LAW LESS, one thing I don't want to remove is the fun that people have , just being able to do what they want Joey was very respectful in the manner that he told me I was black he said "we're under new management and we can't do black girls , at the moment, try another devari club they might be hiring black girls over there. "

The problem is WE AS WOMEN not just black women IM SPEAKING FOR EVERYCOLOR SHAPE OR SIZE , TO STILL BE TREATED AS WOMEN AND NOT JUST OBJECTS , they have all these different rules and regulations to protect to managers and waitresses and the DJS as well as the OWNERS  , BUT US LADIES HAVE ZERO PROTECTION, nothing . All the managers care to do is  sexually assault us next to extortion from the black girls if we want to have a job tommorow.

I hope I'm not writing to much but this situation, can't lie in the hands of a patent lawyer or the self appointed authority figure Lori.

ultimately realized , how can This Caucasian men that never had any black experience in their life especially not a black woman experience, as well as a black woman experienced of being black while trying to work at a devari establishment, NOT A CORPORATION, this case is very different and it doesn't align with EMPLOYMENT DISCRIMINATION LAWS, those type of suits are feeling you might be discriminated against, or hearing whispers from coworkers ect .

We experience FACE TO FACE from the devari establishment's RACISM, not the regular "oh , we aren't hiring at the time ". , NO , THAT IS NOT WHAT IS HAPPENING TO US , we are being TOLD STRAIGHT UP BY EVERY MANAGER AT THE DEVARI ESTABLISHMENT "WE ARENT HIRING BLACK GIRLS AT THE TIME "

As well as "oh your so beautiful, I WISH I COULD HIRE YOU , your super sexy , but I'm sorry we can't hire black girls right now " then I would always ask why and the managers , WHY ?! "Upper management won't allow it right now " as the manager fondle us and spitting in our face at the same time , then we would see women that ARE NOT QUALIFIED to have access to 1000s of dollars a day just because they aren't black , it's almost as if that's the first qualification to work at a DEVARI CLUB IS DONT BE BLACK. ·

testament to our heritage.

This case is not just about me; it represents the struggles of many who have faced similar discrimination to the highest level of racism and disrespect. I stand here not only for myself but for all the Black women in the high-end adult entertainment industry who have been marginalized and silenced. We deserve to have our voices heard and our rights respected.

I just wanted to take a moment to express how much our sisterhood means to me. In times like these, it's so important that we hold each other's hands and stand united. We're not enemies; we're a team, and I love each and every one of you. I want you to know that I'll fight for justice until my last day because what we're facing isn't fair. Let's always have each other's backs and support one another through this journey. Together, we're stronger!

Thank you , Your Honor .

We deserve Justice for blatant racism, we cannot wash this beautiful brown AWAY , it's STUCK , but since the racism in those devari establishment only wants to abide or reference REGULAR EMPLOYMENT LAWS when it's convenient , 98.99% OF THOSE LAWS THEY SPEAK OF DONT EVEN APPLY TO WHY WERE IN THIS FIGHT , AND WERE TALKING ABOUT STRIP CLUBS YOUR HONOR . This is it's ALL SMOKE AND MIRRORS!
 Your Honor ?! Their has to be some avenue for this , you are apart of this historic lawsuit , Your Honor I know you haven't seen a case like this before in your court . It's been 4 years and no one not one black woman in this industry has received justice
Because I've been doing the same thing over and over and getting the same result . We NEED ACTUAL CHANGE .Honorable Judge before history has been a judge to determine THIS "dont be black " qualifications (dbb) , No LAWYER has taken on a (dbbq) case from higher end strip clubs before THIS !
No jury has sat in front of the High end (dbb) case
Their has NEVER IN HISTORY BEEN A (dbb) trail .
Ect . I DIDN'T HAVE A CLUE THAT NO ONE FILED A (dbb) case before me .
This is NEW and I think we need to assess this differently than using employment laws as references , because it doesn't align with the strip club !
 I'm hoping for ALL OF US TO KEEP OUR DISCOVERY AND EVIDENCE AND DEPOSITIONS ! SINCE THIS IS THE FIRST TIME IN HISTORY THAT THIS HAS HAPPENED I THINK WE SHOULD TRY A DIFFERENT approach Your honor due to the complexity and unique and historical dignity for all of us .

Thank you,Your Honor !

I humbly ask you You Honor to allow me to orally argue for this particular appeal and ruling.

I want to address the reasons for my appeal regarding the res judicata applied to my claims. First, I believe that misleading information was presented to the court by Eric, which has significantly impacted the understanding of my case. I can't fully blame on him because this is a case that NEVER HAPPENED BEFORE ! I had zero idea until recently. Additionally, my initial complaint lacked clarity, and I feel that the court didn't have all the necessary context to make a fair judgment. This case is unique because it involves a chain of strip clubs,not oil and gas companies or a call center , and the complexities of my experiences over the past 12 years need to be considered. Especially with the fact I was never terminated from splendor gentlemen's club .Moreover, I didn't have the opportunity to fully present my case,due my lawyer deceiving and lying saying he was a discriminatory lawyer . I believe everyone deserves a chance to have their voice heard in court. Also there's new evidence or perspectives that have come to light since the original ruling, I believe that justifies revisiting my claims. I would read the motions of my appeals and they would be denied to not explaining or having no proof.? I have Tons of proof and I can explain it perfectly myself , I wish to be added back into my case so I can be tried fairly just as Eric's favorite plantiffs .I Chanel Nicholson, appear before the Supreme Court of the United States as a petitioner of the 1981 claim for every single plantiff and beautiful black women who are qualified to work at these high end clubs but told "unfortunately your black , we can't have black girls today." As well as I KNOW I have every single right to be a part of my case, due to the unresolved conflict I won't allow my lawyer to write anything against a plantiff . This is a sister hood also I don't think lori and Williams understands the weight of writing legal documents in others peoples names . I also have no IDEA why she doesn't want me to get justice in TXSD court as well as scotus , I'm fighting for her claim . Your honor, if it is possible for you to allow Destiny Lori as well as liosha Williams , to keep their claims safe and file them separately with another attorney or separate complaints with Eric . also a space for me to reinstate my claims if everything goes in our favor within SCOTUS to have a FAIR trial .

I want to address the reasons for my appeal regarding the res judicata applied to my claims. First, I believe that misleading information was presented to the court by Eric, which has significantly impacted the understanding of my case.

The reasons why my claims SHOULD NOT be DISMISSED UNDER res judicada , the most obvious is Eric always under the influence of Marrjuana as well as influenced by plantiff Lori, an unauthorized 3rd party to handle my claims or proceedings and not file the appeal he wrote. (I have documentation proving this, it's in a file within the courts your honor)My claims of hostile work inviorment were dismissed due to Casey stating in a particular case file that says I NEVER WORKED FOR THE DEFENDANTS OR ANY OF THE ESTABLISHMENTS IN THE DOCUMENTATION THAT I READ IM MY SCOTUS FILES.

I didn't realize how much the only person who could represent me in this one of a kind case is ME. CASEY SAID I NEVER WORKED THERE TO SCOTUS (more information I've provided to the courts already )

Your honor Im appealing the res judicatá ruling the best I can . I realized the EXTEAME uniqueness of this matter and if I'm allowed to represent myself, due to my lawyer getting all of my claims dismissed on purpose.

supposed to get a 10 million dollar settlement from by the end of 2021 .! Subsequently a LEGAL DOCUMENT filed into the saying I didn't ask permission to excersize my rights from plantiff Lori , I talked to Eric afterwards and everything he told me about destinys aggressive controlling behavior before this incident and after about how I was pushed out the case made more and more sense, I thought Eric was sick mentally, I'm not joking at all, he has sick ways but Eric Isn't the Right attorney for this if he was "allegedly "pressured by a new plantiff, to mislead the court , INTENTIONALLY get the case filer dismissed, then offered me half of his earnings from the lawsuit I filed and I better not show up to court after I was subpoenaed, ERIC MIRABEL told me that ALL of that came from destiny, NOW I see it . At first I didn't see it because I had no idea who she was , I still don't I only know what she presented in front of me and its clear , SHE DOESNT WANT ME TO HAVE justice or anything from the case I filed , the irony of her destiny Lori telling me after I told her , I found a good lawyer that I paid 5k to retain, she STILL refused to diffuse the conflict, which obstructed justice more ,she only added to it by saying "5k for a lost cause is wicked work and good luck on getting back in my case " plantiff Lori so focused on going to trail to get paid she didn't realize the claim I'm fighting EVERYONE IN FEDERAL COURT (Including the plaintiffs) and SCOTUS and Casey and Eric and the defendants and pllantiffs is Loris only claim, the 1981 claim. I really want destiny to get the justice she deserves, but I'm utterly confused about her wanting to stay involved under my name and she can't find a lawyer and any lawyer I tried to send she won't except,or they see her motion and state they Will not sign or be retained until the conflict is resolved. as well has expressed her concerning hatred towards me , and she never stopped counseling with withdrawn counsel so it seems as if he is the only person she trusts , so I request that destiny Lori and smith,Docoulet,Williams , is relieved from the Chanel Nicholson case so Plantiff lori can have the full control she desires , speaking for all the plantiffs in this case with out permission of everyone in legal documents and exploited the legal process, I think it'll be amazing for her if she can just file her own lawsuit and hire Eric so everyone else can continue, also I don't believe I can authorize or order The Honorable Judge Bennett to do so. So again your honor I ask that we have a retrial and or appeal my Claims (I'm not blaming destiny for my claims being dismissed I blame Eric for not being a good attorney) Due to Eric misleading the court by not filing my appeal on my Res judicada claims , he also wouldn't let the court know anything about me or that Mr.Casey filing into the supreme court's stating I NEVER WORKED AT A DEVARI CLUB , so all of my claims should be dropped res judicada due to me never working there . Unless I adhere to destiny's request of him getting me to sign a paper to put him back as counsel and if I didn't sign them he would keep misleading the court and destiny because he began to use her to tear down the integrity of the case by letting me know he was her plantiff loris attorney but he wont advise his client Lori to uphold the integrity, or not to add complexity unless I put him back as counsel , SOMETHING I CANNOT DO IF I WANTED TO. Everything I said above is true , I have documentation and files to support my statements and prove them. That I've uploaded to a file that Ive sent to the court your honor.

Your honor I ask that we can appeal my res Judicada claims due to Eric misleading the court and stating he made an appeal he just didn't file it (proof of everything have proof and have already submitted the files to Ms.Lisa the case manager )

Your Honor,

My claims were res judicada unjustly, due to the fact of judge hanens ruling and amendments of my complaints by the patent lawyer , in Judge Hanens ruling and me Chanel Nicholson bringing them up for the first time, Res judicata typically applies when a case has

WITHDRAWN ATTORNEY,(1/17/25) he lied to her and told her he volunteered to leave and to let all the plantifs know that the recording we listened to was fabricated, as well aswithin a few days she realized he was lying to her, I talked with her , she apologized to me and she said "I NEED THIS CASE because I don't have any money " or something close to that statement, I reassured her , "destiny you can trust me I know what it feels like to be under Eric's thumb " and everything was fine between us, I was very minimal on what I disclosed with destiny due to the fact she was still receiving counsel from withdrawn/terminated Mirabel, I found a lawyer that was ready to pick the case up, what I did not know is that Destiny and liosha devised a "plan" to remove me , because I wasn't complying with destiny and I told her that the attorney MS.MALLISA MOORE will be the one to reach out to destiny when necessary, I let MSMoore know that we were have a plantiff that is STILL counseling with the withdrawn attorney, due to me trying to handle the proceedings and integrity of the case if my claims are reinstated from THE SUPREME COURT OF THE UNITED STATES. , every day since he was withdrawn ERIC WILL CALL ME FOR DESTINY to get me to sign a contract stating that I lied about him saying "I'm removing you from counsel because your toxic and no one wants you here ?" .as well as "don't come to court because it wouldn't be helpful I don't see a reason you need to be there ?! I "Even though I was served a legal subpoena from Casey Wallace, even though I don't talk with any of the women in the case. I called the court house on February 23, 2025, I was still listed as the lead plaintiff. However, just a few days later, on February 27, I called the clerk's office again and discovered that I am no longer a plaintiff in my case ,my appellate attorney was contacted by plantiff Lori MULTIPLE MULTIPLE TIMES AS well as 2 Houston chronicle reporters called , pretending to be me , (I asked for the recordings of the call, unfortunately they haven't been produced yet, it must have something to their contract) I am unclear about my legal standing and have been misled by Eric Maribel for an extended period. This has affected not only me but also the other plaintiffs, whom I refer to as Eric's victims—Destiny, Lori, and Liosha Williams. Eric appears to use financial manipulation to control women, and I believe there is significant animosity stemming my name being at the top of the case after documents due to the unauthorized party control over my proceedings ALL OF MY CLAIMS WERE DROPPED, Eric recently said that destiny convinced him that I CHANEL NICHOLSON in This 4 Year law suit that I work for Casey or with him, Eric allowed destiny to make decisions with my case, Especially the   The decision that led to my demise as lead plantiff. Eric Stated after he was withdrawn , that while I was a plaintiff without my consent he was coerced by Destiny· Lori to Make liosha the lead plantiff due to lioshas significant claims and damages (example, the motion ) and Destiny only going to the club centerfolds one time , being denied access, her damages seemed minimal to plaintiff lori and Eric. Eric (after withdrawal) stated he took MY CLAIMS (CHANEL NICHOLSON) added them with lioshas, To make her lead plantiff so that Destiny could get significant finalntial gain from Lioshas Damages . Today , now I know the reason Destiny didn't want me in the case , I allowed destiny to be a plantiff in my case , she couldn't control me , I didn't really respond to her text and calls to much because I didn't want to disclose my legal proceedings earlier last year , there isn't any contract or any documentation that I signed for destiny to have any disclosures or control and work with Eric on my case Eric didn't disclose with me until recently that he was "forced" By Destiny Lori especially due to the statue of limitations against her claim of being denied at a dhs establishment, (the 1981 claim that I have in SCOTUS) I didn't know she was involved with my claims nor the protection of them because my contract between ERIC MIRABEL and I Chanel Nicholson, Never said their will be any influence from any other law firms or attorneys or any unauthorized party.

been previously decided, meaning the same issue can't be relitigated. Which doesn't apply to me. When judge hanen RJ my claims I was able to win on appeal .

"If this is your first time presenting the claims, then res judicata shouldn't apply. However, if there's a conflict of interest or if the judge has a personal stake in the outcome, that could potentially affect the case. It's important to ensure that the judge is impartial and that all parties have a fair chance to present their claims."

I would like to bring to your attention that I recently discovered important information regarding my legal status. Due to misleading communication from The terminal lawyer lawyer, I was unaware that I was under res judicata until now the previous counsel was withdrawn on 1/17/25 . I understand there are specific timeframes for appealing certain rulings, but this new understanding has significant implications for my case. I respectfully request consideration of allowing me to appeal my claims that were unjustly dismissed under the ruling of res judicada. I understand there are specific timeframes for appealing certain rulings, but this new understanding has significant implications for my role in this case I filed, And being told the only reason I was dismissed because my claims were old even though I had the recent 2021 rasist encounter that wasn't time barred , as well as Eric statements saying no one wanted me around, I respectfully request the opportunity to verbally appeal this extremely harsh ruling , Casey Wallace and Judge Hanen seem to know eachother so I asked the now terminated counsel if we could switch judges due to the conflict of interest back in 2021-2022 ,your Honor , Casey Wallace requested for us to go back to Judge hanen so he could get ALL of our voices silenced by res judicada, the one time out of this entire legal situation to this day I was only able to speak in the court in I'd when you Your honor looked passed them and asked me "Ms.Nicholson would you like your case to be tried here in my court " I replied "yes" that is the only time I could use my voice for this very important cause. Then I have to sit back and not say a word due to the attorneys arguing their own personal feelings . Are we (plantiffs )able to speak  ? legally you had to follow on May 24, 2024 to dismiss all of my claims . I, Chanel Nicholson, appear before the Supreme Court of the United States as a petitioner of the 1981 claim for every single plantiff and beautiful black women who are qualified to work at these high end clubs but told "unfortunately your black , we can't have black girls today."

Some common reasons for late appeals include:

1. Ineffective Assistance of Counsel: If your lawyer didn't provide competent representation, like failing to inform you of important deadlines or misrepresenting your case.
2. Newly Discovered Evidence: If new evidence has come to light that could significantly impact the outcome of your case.
3. Fraud or Misconduct: If there was fraud, misconduct, or other wrongful acts by the opposing or your own attorney.
4. Medical Issues: If you were incapacitated or dealing with serious health issues that prevented you from filing on time.
5. Lack of Notice: If you didn't receive proper notice of the court's decision or the deadline for filing an appeal.
6. Plantiffs terminated counsel allowed Plantiff Lori to determine if she wanted me in the case or not , so subsequently Eric didn't file my appeal for the unfair dismissal under res judicada.

our claims weren't exacerbated enough due to this never happening before and also due to the removed counsel we had as plaintiffs, he disrespected is just as bad as the clubs. He treated us just as bad. This lawsuit wasn't just  a money thing for us. It was and still is for the withdrawn counsel, yes, of course we all want money every single one of us , all of us have thought of ways to end this lawsuit and be rich at a beach with justice in tact, but that's not the world we live in when it comes down to being a black woman in an industry that's already frowned upon, I believe that every woman with true claims deserves monetary relief that because we're sad it is not just because of the (don't be black ) DBB qualification , we deserve monetary relief because we were extorted EVERY TIME WE WORKED black !! We were "independent contractors"

But when I researched the meaning ,and what was happening.

Define independent contractor -When it comes to independent contractors, they typically cover their own expenses related to getting to the job, like transportation costs. It's part of being self-employed and running your own show. Just keep track of those expenses for tax reasons

If you're an independent contractor and you're being asked to pay just to work at a place, that doesn't sound right. It's not typical for independent contractors to have to pay to work at a job. If the establishment is making you pay before and after your shift, that doesn't align with how independent contractors usually operate. It's important to understand your rights in such a scenario. It might be a good idea to look into labor laws or seek advice to clarify the situation further.

they said, but we had to pay to go into the job then we had to pay people who are already on payroll from the company so I know they use "independent contractor" but honestly, it's not that. I would have to HIDE MONEY from managers, DJs waitresses, I will try to hide how much money I made just so I didn't have to give half of it away because if I didn't give half of it away I won't be allowed onto premises again until a couple weeks, I hate to even say this but The Blonde hair women with the blue eyes of Caucasian descent WERE TREATED LIKE WOMEN by the devaris club because of the qualifications standard (DONT BE BLACK) I HAD BABIES TO FEED . But due to being black in the devari's high end, entertainment clubs I missed a lot of money A LOT of money was extorted from me and ALL OF US WITH LEGIT CLAIMS ,I lost a lot due to me being black!!! and then I could wiggle or sneak Back into the devari club , this was a CONTINUOUS CYCLE from 2013- early 2018. From devari club to the next devari club and in between I had to work at a lower end establishment even though I had a CONTRACT with devari clubs . The emotional toll that took over me was so heartbreaking. I could do everything else that should be a qualification such as smell good look pretty be confident, be nice smile, entertain, make money for the club as well as make money for yourself and doing it gracefully but the only thing I was missing was the magic wand to turn myself into any other race. I cannot scrub, actually, we cannot scrub the melanin out of our skin. This is not regular employment law, type of lawsuit . in regular employment type of lawsuits, You have to prove the discrimination and whispers etc. because no one is going to say it to your face at any big corporation , regular employment

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® and Priority Mail International® shipments. Misuse may be a violation of federal law. This package is not for resale. EP14F © U.S. Postal Service; October 2023; All rights reserved.

PM
HOUSTON, TX 77070
DEC 03, 2025
$11.90
R2324K502841-77



RDC 03    0 Lb 6.10 Oz

70130

**PRIORITY**
★ **MAIL** ★

VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE

FROM: Chaunel Nicholson-Charvis
12914 Stephen Ridge Lane.
Houston TX 77070
my false innocent plea

TO: U.S. Marshal
New Orleans
La 70130
Notice of Abuse of petition
Due to Non Recognition of
the unseal. Please notice all

Label 228, March 2016    FOR DOMESTIC AND INTERNATIONAL USE

---

PRESS FIRMLY TO SEAL



**UNITED STATES**
**POSTAL SERVICE** ® | **PRIORITY**
**MAIL**

- Expected delivery date specified for domestic use.
- Domestic shipments include $100 of insurance (restrictions apply).*
- USPS Tracking® service included for domestic and many international destinations.
- Limited international insurance.**
- When _____ ____ation form is required.

*Insurance ____
Domestic l
** See Inte

EXPECTED DELIVERY DAY: 12/08/25        ons see the
                                        itations of coverage.

USPS TRACKING® #                        o schedule free Package Pickup,
                                        scan the QR code.

9505 5104 4804 5337 1581 71

**FLAT RATE** ____
ONE RATE ■ ANY WEIGHT

**TRACKED ■ INSURED**

USPS.COM/PICKUP

how2recycle.info
PAPER
POUCH

EP14F October 2023
OD: 12 1/2 x 9 1/2

PS00001000014

This package is made from post-consumer waste. Please recycle - again.